Form DEF7 (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**NAK Holdings, LLC**<br>PO Box 360<br>Granger, IN 46530<br>Tax ID: 37−0727199<br><br><div align="right">**Debtor**</div> | **Case Number 19−04267−swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above−referenced case on 10/8/19 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

> Schedule A/B due 10/22/2019.
> Schedule D due 10/22/2019.
> Schedule E/F due 10/22/2019.
> Schedule G due 10/22/2019.
> Schedule H due 10/22/2019.
> Summary of Assets and Liabilities due 10/22/2019.
> Declaration Under Penalty Of Perjury due: 10/22/2019.
> Statement of Financial Affairs due 10/22/2019.
> 20 Largest Unsecured Creditors due 10/22/2019.
> Attorney Disclosure Statement due 10/22/2019.

Local Rule 5005−2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** October 8, 2019